**No. 52059.**—Charles Products Co. et al. *v.* United States, protests 60234–K, etc. (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel the court found that the facts herein agreed upon were such as to bring the case within the holding in *John Barr* v. *United States* (11 Cust. Ct. 88, C. D. 801), which record was incorporated herein. (See *John Barr* v. *United States*, 324 U. S. 83.) In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on each of the entries. The protests were sustained to this extent.

**No. 52060.**—A. Grove Knutsen *v.* United States, protest 76459–K (San Francisco).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

BEFORE THE SECOND DIVISION, DECEMBER 5, 1947

**No. 52061.**—High Grade Import Co. *v.* United States, protests 612920–G, etc. (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise consists of knit fabric the same in all material respects as the fabric of which the gloves the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333) were made. In accordance therewith the claim of the plaintiff was sustained.